FILED
CLERK, U.S DISTRICT COURT

JUN 1 7 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CASE NO. 08-01413 M |
| v. | ) |
| | ) ORDER OF DETENTION |
| Jose Padron-Navarro Defendant. | ) |
| | ) |

### I.

A. ( )   On motion of the Government in a case allegedly involving:

  1. ( )   a crime of violence.

  2. ( )   an offense with maximum sentence of life imprisonment or death.

  3. ( )   a narcotics or controlled substance offense with maximum sentence of ten years or more years.

  4. ( )   any felony - where the defendant has been convicted of two or more prior offenses described above.

  5. ( )   any felony that is not otherwise a crime of violence that involves a minor victim, or possession or use of firearm or destructive device or any other dangerous weapon, or a failure to register under 18 U.S. C § 2250.

B. (✓)  On motion by the Government/ ( ) on Court's own motion, in a case

---

ORDER OF DETENTION AFTER HEARING (U.S.C. § 3142(i))

CR-94 (06/07)                                                                                    Page 1 of 4

1              allegedly involving:

2       ( )      On the further allegation by the Government of:

3        1. (√)     a serious risk that the defendant will flee.

4        2. ( )     a serious risk that the defendant will:

5          a. ( )   obstruct or attempt to obstruct justice.

6          b. ( )   threaten, injure, or intimidate a prospective witness or juror or attempt

7                to do so.

8   C.    The Government ( ) is/ ( ) I not entitled to rebuttable presumption that no

9           condition or combination of conditions will reasonable assure the defendant's

10         appearance as required and the safety of any person or the community.

11

12                             II.

13   A. (√)  The Court finds that no condition or combination of conditions will

14         reasonably assure:

15        1. (√)  the appearance of the defendant as required.

16         (√)  and/or

17        2. (√)  the safety of any person or the community.

18   B. ( )   The Court finds that the defendant has not rebutted by sufficient evidence

19           to the contrary the presumption provided by statute.

20

21                            III.

22   The Court has considered:

23   A. the nature and circumstances of the offense(s) charged, including whether the

24       offense is a crime of violence, a Federal crime of terrorism, or involves a minor

25       victim or a controlled substance, firearm, explosive, or destructive device;

26   B. the weight of evidence against the defendant;

27   C. the history and characteristics of the defendant;

28   D. the nature and seriousness of the danger to any person or to the community.

**IV.**

1    The Court also has considered all the evidence adduced at the hearing and the

2    arguments and/or statements of counsel, and the Pretrial Services

3    Report/recommendation.

**V.**

The Court bases the foregoing finding(s) on the following:

A. (✓)    As to flight risk: _based on information contained in Pretrial services report and Allegations in affidant in support of complant_

B. (✓    As to danger: _Based on information contained in Pretal service report and Allegations in Affidant in support of complaint_

**VI.**

A. ( )    The Court finds that a serious risk exists that the defendant will:

1. ( )    obstruct or attempt to obstruct justice.

2. ( )    attempt to/ ( ) threaten, injure or intimidate a witness or juror.

1   B.   The Court bases the foregoing finding(s) on the following: _____

2   _____

3   _____

4   _____

5   _____

6   _____

7   _____

8   _____

9

10                                    VII.

11  A.   IT IS THEREFORE ORDERED that the defendant be detained prior to trial.

12  B.   IT IS FURTHER ORDERED that the defendant be committed to the custody

13       of the Attorney General for confinement in a corrections facility separate, to

14       the extent practicable, from persons awaiting or serving sentences or being

15       held in custody pending appeal.

16  C.   IT IS FURTHER ORDERED that the defendant be afforded reasonable

17       opportunity for private consultation with counsel.

18  D.   IT IS FURTHER ORDERED that, on order of a Court of the United States or

19       on request of any attorney for the Government, the person in charge of the

20       corrections facility in which the defendant is confined deliver the defendant

21       to a United States marshal for the purpose of an appearance in connection

22       with a court proceeding.

23

24

25

26  DATE: _____June 17, 2008_____        Jeffrey W. Johnson,

27                                        UNITED STATES MAGISTRATE JUDGE

28

---

**ORDER OF DETENTION AFTER HEARING (U.S.C. § 3142(i))**

CR-94 (06/07)                                                          Page 4 of 4